UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES, JR., <br><br> Plaintiff, <br><br> v. <br><br> WENDY GRALLA, *et al.*, <br><br> Defendants. | Case No.  2:22-cv-00449-KJM-JDP (PC) <br><br> ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT |

On July 14, 2022, the court screened plaintiff's complaint, notified him that it did not state a cognizable claim, and granted him thirty days to file an amended complaint. ECF No. 9. Plaintiff timely filed an amended complaint but did not sign it. ECF No. 10.

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's amended complaint because he has not signed it. *See* ECF No. 10. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of

record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).  Because the amended complaint is not signed, ECF No. 10, it will be disregarded.  Within thirty days, plaintiff may file an amended complaint that is signed.  *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

Accordingly, it is hereby ORDERED that:

1. Plaintiff's unsigned amended complaint, ECF No. 10, is disregarded.
2. The Clerk of Court is directed to send plaintiff a form complaint.
3. Within thirty days of the date of this order, plaintiff shall submit a signed complaint.
4. Failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   August 2, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2